## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

### UNITED STATES OF AMERICA                    PLAINTIFF

v.                              No. 4:20-cr-102-DPM-5

### MICHELLE ZOMAYA                         DEFENDANT
### Reg. No. 29071-009

### ORDER

Zomaya has filed two motions to reduce her sentence. Under the version of the Sentencing Guidelines in effect when Zomaya was sentenced, her criminal history score was increased by two points because she was on supervised release when she committed her new crime. Under a recent, retroactive amendment to the Sentencing Guidelines, Zomaya would only receive a one-point increase. This change affects her advisory guideline range. She is now in criminal history category V, not VI. Her revised advisory guideline range is 100-125 months. But the Court varied down from Zomaya's old guidelines range and sentenced her to 96 months. All material things considered, the Court still believes that 96 months is the just and fair sentence in this case. Her motions, *Doc. 407 & 425*, are therefore denied.

Zomaya's embedded request that all court documents be amended to reflect her lowered criminal history category is denied

without prejudice. If she believes that the Bureau of Prisons is not properly applying time credits, she can challenge that decision administratively.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_14 December 2023_