# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                    No. 4:20-cr-102-DPM-5

MICHELLE ZOMAYA                          DEFENDANT
Reg. No. 29071-009

## ORDER

Motion for clarification, *Doc. 479*, granted. Under the recent, retroactive amendment to the Sentencing Guidelines, Zomaya has a total criminal history score of 12.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 April 2024